UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

NYU LANGONE HOSPITALS,

                      **Plaintiff,**

          -against-                     1:24-cv-07874 (ALC)

LABORERS UNION LOCAL NO. 1298 OF     **ORDER**
NASSAU AND SUFFOLK COUNTIES
WELFARE FUND,

                      **Defendant.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 20, 2024, Plaintiff submitted a deficient Stipulation of Voluntary Dismissal. ECF No. 10. Plaintiff shall re-file their Stipulation or, a joint status report informing the Court as to the next steps in this case and whether the case may be closed by **April 10, 2025**.

**SO ORDERED.**

Dated:    April 3, 2025
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**