UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NYU LANGONE HOSPITALS,

                **Plaintiff,**

      -against-                      1:24-cv-07874 (ALC)

**LABORERS UNION LOCAL NO. 1298 OF**    **ORDER**
**NASSAU AND SUFFOLK COUNTIES**
**WELFARE FUND,**

                **Defendant.**
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On December 20, 2024, Defendant submitted a deficient Stipulation of Voluntary Dismissal. ECF No. 10. Defendant shall re-file the Stipulation or, a joint status report informing the Court as to the next steps in this case and whether the case may be closed by **July 14, 2025**.

**SO ORDERED.**

Dated:   July 9, 2025
            New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**